UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENS FALLS NMS, LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | **STIPULATION** <br> Case No.: 1:23-cv-01059-FJS-ATB (LEAD) |
| LIA BREWSTER AUTOMOTIVE, LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01069-MAD-ML |
| WILBRAHAM IMPORT CARS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01077-BKS-ML |

| | |
|---|---|
| L & D MOTORS, INC., <br><br> Petitioner, <br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01064-MAD-DJS |
| INFINITI OF ALBANY, INC., <br><br> Petitioner, <br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01073-TJM-DJS |
| WHEATFIELD VILLAGE MOTORS, INC., <br><br> Petitioner, <br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 5:23-cv-01067-GTS-ATB |
| LIA AUTOMOTIVE, LLC., <br><br> Petitioner, <br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01066-LEK-DJS |

| | |
|---|---|
| DELMAR AUTO PLAZA, LTD., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01078-TJM-DJS |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties hereto, by and through the undersigned, their respective legal counsel, as follows:

1. That Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each Petitioner in this consolidated action hereby agrees to dismiss its respective case with prejudice.

2. The Respondents, through Assistant United States Attorney Adam J. Katz, consent. All parties agree to bear their own costs.

3. That Pursuant to Local Rule 41.3, counsels represent that no party hereto is an infant or incompetent.

**IT IS HEREBY STIPULATED AND AGREED:**

May 23, 2024

THE TOWNE LAW FIRM, P.C.

_____
James T. Towne, Jr. Esq.
*Attorneys for Petitioners*
Bar Roll No.: 601203
500 New Karner Road
Albany, New York 12212-5072
Tel. No.: (518) 452-1800
James.towne@townelaw.com

May 21, 2024

UNITED STATES

_/s/Adam J. Katz_____
Adam J. Katz, Esq.
*Attorney for Defendants*
Bar Roll No.: 517894
Northern District of New York
445 Broadway, Room 218
Albany, New York 12207
Tel. No.: (518) 431-0247

IT IS SO ORDERED.

Date: May 29, 2024

_____
Frederick J. Scullin, Jr.
Senior United States District Judge